FILED '09 SEP 29 14:32 USDC-ORE

John E. Haapala, OSB No. 061739
E-mail: jeh@haapalaw.com
59 E. 11th Ave., Suite 125,
Eugene, Oregon 97401
Phone: 541-345-8474
Fax: 541-345-3237
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PETER METOXEN**, | CIVIL CASE NO. 6:08-cv-06207-TC |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| **COMMISSIONER**, Social Security Administration | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $ 5,470.70 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, John Haapala, and mailed to Plaintiff's attorney's office as follows: John Haapala, 59 E. 11th Ave., Suite 125, Eugene, Oregon, 97401. There are no costs or expenses to be paid herein.

Dated this 29 of Sept, 2009.

_____
United States District Judge/Magistrate

1 – ORDER AWARDING ATTORNEY FEES [METOXEN 6:08-cv-06207-TC]